1

2

3

4

5

6

7

8                              **UNITED STATES DISTRICT COURT**

9                              **EASTERN DISTRICT OF CALIFORNIA**

10

11    JOVAN R. GUILLORY,                        Case No.: 1:22-cv-01336 JLT SKO (PC)

12                      Plaintiff,              ORDER ADOPTING FINDINGS AND
                                                RECOMMENDATIONS, DISMISSING
13            v.                                CERTAIN CLAIMS AND DEFENDANTS

14    CHRISTIAN PFEIFFER, et al.,               ORDER GRANTING PLAINTIFF'S REQUEST
                                                TO PROCEED AGAINST DEFNDANT
15                      Defendants.             ALCANTOR

16                                              (Docs. 19, 20)

17            Plaintiff alleges he suffered violations of his civil rights while housed at Kern Valley State

18    Prison.  (Doc. 18.)  Previously, the Court screened Plaintiff's amended complaint and found he

19    stated a cognizable claim against Defendant Alcantor for excessive force in violation of the

20    Eighth Amendment.  (Doc. 15.)  The Court granted Plaintiff leave to amend to cure the

21    deficiencies identified related to his other causes of action, but also informed Plaintiff that he

22    could choose to proceed only on the cognizable claim.  (*Id.*)  Plaintiff filed a second amended

23    complaint (Doc. 18), after which he filed a request to proceed on the claim against Alcantor (Doc.

24    19.)  The magistrate judge screened the SAC, and again found Plaintiff stated a cognizable claim

25    against Alcantar for excessive force.  (Doc. 20 at 5-7.)  However, the magistrate judge found

26    Plaintiff failed to state claims for against any other defendants, including claims for deliberate

27    indifference and due process.  (*Id.* at 7-12.)  Therefore, the magistrate judge recommended the

28    matter proceed only on the cognizable claim against Alcantar.  (*Id.* at 13.)

1    The Court served the Findings and Recommendations on Plaintiff and notified him that

2   any objections were due within 14 days.  (Doc. 20 at 13.)  The Court advised him that the "failure

3   to file objections within the specified time may result in the waiver of certain rights on appeal."

4   (*Id.* at 13-14, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).)  Plaintiff did

5   not file objections, and the time to do so has passed.

6    According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case.

7   Having carefully reviewed the matter, the Court concludes the Findings and Recommendations

8   are supported by the record and proper analysis.  Thus, the Court **ORDERS**:

9    1.   The Findings and Recommendations dated August 22, 2025 (Doc. 20) are

10        **ADOPTED** in full.

11    2.   Plaintiff's request to proceed on the claim against Alcantar (Doc. 19) is

12        **GRANTED**.

13    3.   This action **PROCEEDS** only on Plaintiff's Eighth Amendment excessive force

14        claim against Defendant Alcantar.

15    4.   All other claims in the second amended complaint are **DISMISSED**.

16    5.   Defendants Christian Pfeiffer, E. Stark, and N. Montanez are **DISMISSED** from

17        the action.

18    6.   The Clerk of Court is directed to update the docket and terminate Christian

19        Pfeiffer, E. Stark, and N. Montanez as defendants.

20

21  IT IS SO ORDERED.

22   Dated:   **September 17, 2025**                    *Jennifer L. Thurston*
                                                    UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28

2