UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOVAN R. GUILLORY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTIAN PFEIFFER, et al.,<br><br>　　　　　Defendants. | Case No.: 1:22-cv-01336-JLT-SKO (PC)<br><br>**ORDER TO SHOW CAUSE IN WRITING WHY SANCTIONS SHOULD NOT BE IMPOSED FOR PLAINTIFF'S FAILURE TO FILE NOTICE REGARDING EARLY ADR**<br><br>**14-DAY DEADLINE** |

Plaintiff Jovan R. Guillory is a state prisoner proceeding pro se and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's Eighth Amendment excessive force claim against Defendant J. Alcantar.

On January 6, 2026, the Court issued its Order Referring Case to Post-Screening ADR and Staying Case for 120 Days. (Doc. 29.) The parties were directed to "file the attached notice, indicating their agreement to proceed to an early settlement conference or their belief that settlement is not achievable at this time" within 45 days of the date of the order. (*Id*. at 2.) On February 17, 2026, Defendant J. Alcantar filed notice indicating a willingness to participate in an early settlement conference. (Doc. 31.)

Despite the passage of more than 45 days, plus time for mailing, Plaintiff has failed to file the Notice Regarding Early Settlement Conference as directed.

//

Accordingly, **IT IS HEREBY ORDERED** that:

1.  Plaintiff **SHALL** show cause in writing, <u>**within 14 days**</u> of the date of service of this order, why sanctions should not be imposed for his failure to comply with the Court's order issued January 6, 2026; *or*

2.  **Alternatively**, within that same time, Plaintiff may file the completed notice form provided and served to Plaintiff on January 6, 2026.

<u>**WARNING**</u>**: Plaintiff's failure to comply with this Order to Show Cause (OSC) and the Court's January 6, 2026, order may result in a recommendation that this action be dismissed, without prejudice, for Plaintiff's failure to obey court orders and failure to prosecute.**

IT IS SO ORDERED.

Dated:   __**March 9, 2026**__                       ___/s/ *Sheila K. Oberto*_____
                                                         UNITED STATES MAGISTRATE JUDGE

2