UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JOVAN R. GUILLORY,

           Plaintiff,

     v.

CHRISTIAN PFEIFFER, et al.,

           Defendants.

Case No.: 1:22-cv-01336-JLT-SKO (PC)

**ORDER DISCHARGING ORDER TO SHOW CAUSE**

(Doc. 32)

In response to the Order to Show Cause (OSC) in Writing Why Sanctions Should Not Be Imposed for Plaintiff's Failure to File Notice Regarding Early ADR (Doc. 32), on March 25, 2026, Plaintiff filed a notice electing to participate in an early settlement conference (Doc. 33).

The Court notes it appears Plaintiff used a copy of Defendant J. Alcantar's completed form to respond to the OSC and to provide the required notice. Although Plaintiff did not sign the or date the form, a comparison of Defendant's previous submission to Plaintiff's response reveals that Plaintiff checked the box stating he wished to participate in the settlement conference by telephone or video conference. (*Cf.* Doc. 31 to Doc. 33.) Therefore, the Court requests that defense counsel contact the courtroom deputy at wkusamura@caed.uscourts.gov to schedule a settlement conference. (*See* Doc. 29 at 2.)

//

//

Based on the foregoing, the Court **HEREBY ORDERS** that the OSC issued March 9, 2026 (Doc. 32) is **DISCHARGED**.

IT IS SO ORDERED.

Dated:   **March 26, 2026**                        /s/ *Sheila K. Oberto*
                                          UNITED STATES MAGISTRATE JUDGE